# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NAIRA MKHITARYAN,<br><br>          Plaintiff,<br><br>     v.<br><br>GENERAL MOTORS, LLC.,<br><br>          Defendant. | Case No. 2:21-cv-09633<br>The Hon. Percy Anderson<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41)**<br><br>Trial Date:     Not set |

### [PROPOSED] ORDER

The Court, upon reviewing the Stipulation of Dismissal with Prejudice ("Stipulation"), made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by Plaintiff NAIRA MKHITARYAN and GENERAL MOTORS, LLC, approves the Stipulation as follows:

1.  The above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: January 14, 2022

_____
PERCY ANDERSON
UNITED STATES DISTRICT COURT

106069.001457  4866-4116-4041.1

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41)

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071